# STATE OF ALASKA

## DEPARTMENT OF HEALTH AND SOCIAL SERVICES

DIVISION OF SENIOR AND DISABILITIES SERVICES

**FRANK H. MURKOWSKI**
**GOVERNOR**

3601 C Street, Suite 310
Anchorage, AK 99503
Phone: (907) 269-3666
Fax: (907) 269-3689

December 28, 2005
*Certified Return Receipt*

7002 0860 0003 5536 7088

Linda Giani
Coordinated Care Planning
1401 E. Inverness Dr.
Wasilla, AK 99654

Dear Ms. Giani:

The purpose of this letter is to provide notification that the Intensive Active Treatment (IAT) services requested in the renewal Plan of Care submitted on behalf of Kavan Mangus are being approved through this Division. It has been problematic for Kavan's family to access the IAT services with The Autism Partnership (California), in that Dr. McEachin has yet to be licensed within the State of Alaska. We agree that intervention is clinically appropriate; however, we do not have the authorization to make exceptions to any regulations, allowing Dr. McEachin to practice within the State. It is our understanding that Kavan will be traveling to California to receive the IAT. We must inform you that unless Dr. McEachin is enrolled as a State of Alaska Medicaid Provider, we are not able to reimburse him for any services rendered on behalf of Kavan.

According to 7 AAC 43.1048 (b)(3), "the department may only authorize IAT services if the treatment or therapy is designed and provided by a professional licensed under AS 08, ...." Therefore, because Dr. McEachin is not licensed in the state of Alaska, he can deliver services to Kavan (funded through his MRDD waiver) in his home state under his California license, providing he is certified as an Alaska Medicaid Provider of IAT.

To reiterate, Kavan's IAT services are approved through DSDS. If another provider who meets the above standards is located (licensed and enrolled in the Alaska Medicaid program), the IAT services can be delivered by this person. It is ultimately Ready Care's responsibility to assure the family and the State that the provider who is chosen to provide the services is in compliance of Alaska's licensure and HCB Waiver regulations.

Thank you for your sincere efforts in regards to the planning and authoring of Kavan's comprehensive Plan of Care.

Sincerely,

Rebecca M. Hanson
DD Regional Program Specialist
SCRO

Cc:  Sandra Hefren, ED, Ready Care
     Rebecca Hilgendorf, DSDS Deputy Director
     Pat Sidmore, DSDS Policy & Program Unit Manager

EXHIBIT C
Page 1 of 1