Sonja D. Kerr, AK Bar #0405091
Holly Johanknecht, AK Bar #0511103
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
skerr@dlcak.org
hollyj@dlcak.org
Telephone: (907) 565-1002
Fax: (907) 565-1000
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| Jill Longenecker, as guardian for<br>Kavan Mangus,<br>　　　　　　Plaintiffs<br><br>vs.<br><br>State of Alaska, Department of Health<br>and Social Services,<br>　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) 　Case No. 3:06-cv-22 TMB<br>) |

### ENTRY OF APPEARANCE

Comes now Holly Johanknecht, through the Disability Law Center of Alaska, give notice of her entry of appearance in this matter.

Dated in Anchorage Alaska this ___7___ day of February, 2006.

DISABILITY LAW CENTER OF ALASKA

By: _Holly Johanknecht_____

Holly Johanknecht Alaska Bar No.  0511103

**DISABILITY LAW CENTER OF ALASKA**
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
907-565-1002
1-800-478-1234          Fax 907-565-1000

Certificate of Service
I hereby certify that on the ___ day
of February 2006, a true and correct
copy of this document was served by
fax and U.S. Mail postage prepaid on:

 Stacie Kraly
Attorney General's Office
Box 110300
Juneau, Alaska 99811

Patti Freeman

**DISABILITY LAW CENTER OF ALASKA**
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
907-565-1002
Fax 907-565-1000
1-800-478-1234