DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Stacie L. Kraly
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9406040

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Jill Longenecker, as guardian for Kavan Mangus, a minor child,
Plaintiffs,

vs.

State of Alaska, Department of Health and Social Services, Karleen Jackson, in her official capacity as Commissioner of the Department, Division of Senior and Disabilities Services, and Rod Moline, in his official capacity as Director of the Division,
Defendants.

Case No. 3:06-CV-22 (TMB)

## ANSWER

Defendants, the State of Alaska, Department of Health and Social Services, and Karleen Jackson, in her official capacity as Commissioner of the Department, the Division of Senior Services and Rod Moline, in his official capacity as Director of the



ATTORNEY GENERAL, STATE OF ALASKA
DIMOND COURTHOUSE
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: 465-3600

Division (hereinafter, collectively the "state"), answer the Plaintiff's Complaint as follows:

**Introduction**

Denied.

**Jurisdiction**

Denied.

**Venue**

Admit.

**Parties**

1. Admit.

2. Deny to the extent that the Department is referred to as the "Department of Health and Human Services" instead of the Department of Health and Social Services and the acronym is "DHHS" instead of "DHSS." The state notes the use of "DHHS" throughout the Complaint. Otherwise, this paragraph is admitted.

**Facts**

1. Admit.

2. The state denies the first and fifth sentence in this paragraph. The state admits the second sentence. The state is without sufficient information to admit or deny the third and the fourth sentences.

3. Denied.

ATTORNEY GENERAL, STATE OF ALASKA
DIMOND COURTHOUSE
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: 465-3600

4. Denied.

5. Denied.

6. The state admits the first sentence and denies the second sentence.

7. Admit.

8. This paragraph is denied in its entirety.

9. The state is without sufficient knowledge to admit or deny the allegations in this paragraph.

10. The state is without sufficient knowledge to admit or deny the allegations in this paragraph.

**Count I - Violation of 42 C.F.R. 431.220(a)(2)**

11. The state repeats and incorporates by reference the responses to the allegations of facts and law in the above paragraphs.

12. This paragraph contains legal conclusions to which no response is required.

**Count II - Deprivation of Due Process**

13. The state repeats and incorporates by reference the responses to the allegations of facts and law in the above paragraphs.

14. This paragraph contains legal conclusions to which no response is required.

ATTORNEY GENERAL, STATE OF ALASKA
DIMOND COURTHOUSE
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: 465-3600

15. This paragraph contains legal conclusions to which no response is required.

16. This paragraph contains legal conclusions to which no response is required.

17. Denied.

18. The state denies that it has acknowledged that 42 C.F.R. 431.220 applies to this case. The remainder of the sentence is a legal conclusion to which no response is required.

**Count III - Violation of 42 U.S.C. 1983**

19. The state repeats and incorporates by reference the responses to the allegations of facts and law in the above paragraphs.

20. This paragraph contains legal conclusions to which no response is required.

21. The state is without sufficient knowledge to admit or deny this paragraph.

**Affirmative Defenses**

1. Plaintiff is prohibited from bringing this lawsuit by the XI Amendment of the United States Constitution.

2. Plaintiff is prohibited from bringing a claim under 42 U.S.C. 1983 because none of the defendants are natural people under the law.

ATTORNEY GENERAL, STATE OF ALASKA
DIMOND COURTHOUSE
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: 465-3600

3. Plaintiff is prohibited from seeking monetary damages under any cause of action by the XI Amendment of the United States Constitution.

4. Plaintiffs have failed to state a cause of action upon which relief can be granted.

5. The state is entitled to official immunity.

6. The state is entitled to discretionary function immunity.

7. The state is entitled to qualified immunity.

8. The state reserves the right to assert additional defense, which may be revealed through discovery.

9. All other applicable defenses in law and in equity.

WHEREFORE, the state requests the court order that:

1. The Plaintiff's Complaint be dismissed in its entirety with prejudice;

2. the state be awarded reasonable attorneys fees and costs;

3. that the court deny the request to issue a mandatory injunction;

4. that the court deny the requests for declaratory judgment; and

///

///

///

ATTORNEY GENERAL, STATE OF ALASKA
DIMOND COURTHOUSE
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: 465-3600

5. for such other relief as the court deems appropriate.

Dated this 21st day of February 2006, at Juneau, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: [signature]
Stacie L. Kraly
Assistant Attorney General
Alaska Bar No. 9406040

CERTIFICATE OF SERVICE

This is to certify that on February 21, 2006, a true and correct copy of the foregoing document was caused to be served by USPS First Class Mail delivery, postage prepaid, upon the following attorney(s) or parties of record:

Holly Johanknecht, Esq.
Disability Law Center of Alaska, Inc.
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503

[signature]
Alberta DeAsis-Everson, Law Office Assistant

ATTORNEY GENERAL, STATE OF ALASKA
DIMOND COURTHOUSE
P.O. BOX 110300, JUNEAU, ALASKA 99811
PHONE: 465-3600