UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

Holly Johanknecht
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, Alaska 99503
(907) 565-1002
(907) 565-1000
Attorney for Plaintiff
Alaska Bar No. 0511103

| | |
|---|---|
| JILL LONGENECKER, as guardian for KAVAN MANGUS<br><br>Plaintiffs,<br><br>v.<br><br>STATE OF ALASKA, Department of Health and Social Services, Karleen Jackson in her official capacity as Commissioner of the Department, Division of Senior and Disabilities Services, and Rod Moline in his official capacity as Director of the Division,<br><br>Defendants. | Errata<br><br><br><br><br><br>Case No. 3:06-CV-22 (TMB) |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

In the body of Plaintiff's complaint, Defendant the Department of Health and Social Services (DHSS) was inadvertently referred to as Department of Health and Human Services (DHHS). Plaintiff intended to refer to DHSS in all instances in the body of the complaint where DHHS was used. Plaintiff apologizes for the error.

    Respectfully submitted.

    Dated this 13th day of March 2006.

Disability Law Center of Alaska

*Holly J. Johanknecht* (signature)
Holly J. Johanknecht
Staff Attorney
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, Alaska 99503
(907) 565-1002
(907) 565-1000
hollyj@dlcak.org
Alaska Bar No. 0511103

Certificate of Service

I hereby certify that on the 15th day of March, 2006 a true and correct copy of this document was served electronically on:

Stacie L. Kraly
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811

*Holly Johanknecht* (signature)
Holly Johanknecht