Holly Johanknecht
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, Alaska 99503
(907) 565-1002
Attorney for Plaintiff
Alaska Bar No. 0511103

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Jill Longenecker, as guardian for Kavan Mangus, a minor child,<br>　　　　　Plaintiff,<br><br>vs.<br><br>State of Alaska, Department of Health and Social Services, Karleen Jackson, in her official capacity as Commissioner of the Department, Division of Senior and Disabilities Service and Rod Moline, in his official capacity as Director of the Division,<br>　　　　　Defendant | Case No. 3:06-CV-22 (TMB)<br><br><br><br><br><br><br><br>Scheduling and Planning Conference Report |

1.　**Meeting**. In accordance with F.R.Civ.P. 26(f), a meeting was held telephonically on March 13, 2006 and was attended by:

　　　For Plaintiff:　　　　For Defendant:

　　　Sonja Kerr　　　　　Stacie Kraly

　　　Holly Johanknecht

The parties recommend the following:

2.　**Pre-Discovery Disclosures**. The information required by F.R.Civ.P. 26(a)(1):

　　　　have been exchanged by the parties
　　　___

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
907-565-1002    Fax 907-565-1000
1-800-478-1234

    x   will be exchanged by the parties by April 12, 2006
___

Proposed changes to disclosure requirements: None

Preliminary witness lists

    have been exchanged by the parties
___

    x   Will be exchanged by the parties by April 12, 2006
___

3.    **Contested Issues of Fact and Law.** Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

Whether Jill Longenecker, on behalf of her son Kavan Mangus, was entitled to a fair hearing under 42 C.F.R. 431.220(a)(2) when DHSS refused to permit Medicaid funding for the payment of IAT services described in Kavan's plan of care.

Whether the Plaintiff can bring is prohibited from bringing this lawsuit by the XI Amendment of the United States Constitution.

Whether the Plaintiff is prohibited from bringing a claim under 42 U.S.C. 1983 because none of the defendants are natural people under the law.

Whether the Plaintiff is prohibited from seeking monetary damages under any cause of action by the XI Amendment of the United States Constitution.

4.    **Discovery Plan**. The parties jointly propose to the court the following discovery plan.

A. Discovery will be needed on the following issues:

Discovery will be needed on the issue of the State's reasoning behind the denial of a fair hearing.

B. All discovery commenced in time to be completed by June 30, 2006 ("discovery close date").

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
907-565-1002   Fax 907-565-1000
1-800-478-1234

C. Limitations on Discovery.

1. Interrogatories

   x   No change from F.R.Civ.P. 33(a)

   ___   Maximum of ___ by each party to any other party.

   Responses due in ___ days.

2. Requests for Admissions.

   x   No change from F.R.Civ.P. 36(a).

   ___   Maximum of ___ requests.

   Responses due in ___ days.

3. Depositions.

   x   No change from F.R.Civ.P. 36(a), (d).

   ___   Maximum of ___ depositions by each party.

   Depositions not to exceed ___ hours unless agreed to by all parties.

D. Reports from retained experts.

   x   Not later than 90 days before the close of discovery subject to F.R.Civ.P 26(a)(2)(C).

   ___   Reports due:

   From plaintiff (*insert date*)        From defendant (*insert date*)

E. Supplementation of disclosures and discovery responses are to be made:

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
907-565-1002   Fax 907-565-1000
1-800-478-1234

    x    Periodically at 60-day intervals from the entry of scheduling and planning order.

    ___    As new information is acquired, but not later than 60 days before the close of discovery.

F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

    x    45 days prior to the close of discovery.

    ___    Not later than (*insert date*)

5. **Pretrial Motions**.

    x    No change from D.Ak. LR 16.1(c).

    ___    The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

    ___    Motions to amend pleadings or add parties to be filed not later than (*insert date*).

    ___    Motions under the discovery rules must be filed not later than (*insert date*).

    ___    Motions in limine and dispositive motions must be filed not later than (*insert date*).

6. **Other Provisions**:

A.    x    The parties do not request a conference with the court before the entry of the scheduling order.

    ___    The parties request a scheduling conference with the court on the following

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
907-565-1002   Fax 907-565-1000
1-800-478-1234

issue(s):

(*Insert issues on which a conference is requested*)

B. Alternative Dispute Resolution. [D.Ak. LR 16.2]

    x  This matter is not considered a candidate for court-annexed alternative dispute resolution.

    ___  The parties will file a request for alternative dispute resolution not later than (*insert date*).

    ___ Mediation    ___ Early Neutral Evaluation

C. The parties ___ do  x  not consent to trial before a magistrate judge.

D. Compliance with the Disclosure Requirements of F.R.Civ.P. 7.1

    ___ All parties have complied    x  Compliance not required by any party

7. **Trial**.

A. The matter will be ready for trial:

    x  45 days after the discovery close date.

    ___ not later than (*insert date*).

B. This matter is expected to take  4  days to try.

C. Jury Demanded ___ Yes  x  No

Right to jury trial disputed?  ___ Yes  ___ No

Dated March 16, 2006    By:  s/Holly Johanknecht
                                                      Disability Law Center of Alaska

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
907-565-1002   Fax 907-565-1000
1-800-478-1234

3330 Arctic Blvd., Suite 103  
Anchorage, Alaska 99503  
(907) 565-1002  
(907) 565-1000  
hollyj@dlcak.org  
Alaska Bar No. 0511103

Dated March 21, 2006

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:  s/Stacie L. Kraly
Chief Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
(907) 465-2539
stacie_kraly@law.state.ak.us
Alaska Bar No. 9406040

DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503
907-565-1002
1-800-478-1234    Fax 907-565-1000

Case No. 3:06-CV-22 (TMB)
Scheduling and Planning Conference Report

Page 6 of 6