Holly Johanknecht
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, Alaska 99503
(907) 565-1002
Attorney for Plaintiff
Alaska Bar No. 0511103

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Jill Longenecker, as guardian for Kavan Mangus, a minor child,<br>        Plaintiff,<br><br>vs.<br><br>State of Alaska, Department of Health and Social Services, Karleen Jackson, in her official capacity as Commissioner of the Department, Division of Senior and Disabilities Service and Rod Moline, in his official capacity as Director of the Division,<br>        Defendant | Case No. 3:06-CV-22 (TMB)<br><br><br>Motion for Leave to Amend Complaint |

COMES NOW, Plaintiffs, by and through their attorney, Disability Law Center of Alaska, and moves the Court for leave to amend pursuant to F.R.Civ.P. 15 the Complaint filed in this matter to include in Count I of the complaint, a claim under 42 U.S.C. § 1396a(a)(23), the Medicaid freedom-of-choice provision.

The proposed amendment is based on a new case, Harris v. Olszewski, 442 F.3d 456, C.A. 6 (Mich.) 2006, which held that 42 U.S.C. § 1396a(a)(23), the Medicaid freedom-of-choice provision, created an individually enforceable right under 42 U.S.C. 1983. Prior to this case, the law was unclear in this area. This case was decided on March 21, 2006, after Plaintiff's filed their initial complaint.

This motion is timely as it is filed within the time frame provided by D.Ak. LR 16.1(c)(6). In addition, the amendment is based on the same operative facts and will require no additional witnesses or experts. Therefore the Defendants are not prejudiced by the Court granting Plaintiffs' Motion for Leave to Amend the Complaint.

Dated in Anchorage, Alaska, this 12th day of May, 2006.

      /s Holly J. Johanknecht
Holly J. Johanknecht
Disability Law Center of Alaska
3330 Arctic Boulevard, Suite 103
Anchorage, Alaska 99503
Telephone: 907-565-1002
Fax: 907-565-1000
Email: hollyj#@dlcak.org
Alaska Bar No. 0511103

Certificate of Service

I hereby certify that on the 22nd day of
May, 2006, a copy of this document
was served electronically and by fax on:

Stacie Kraly
Office of the Attorney General
P.O Box 110300
Juneau, AK 99811

    /s Holly J. Johanknecht
Holly J. Johanknecht