Holly Johanknecht
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, AK   99503
Tel. (907) 565-1002
Fax (907) 565-1000
hollyj@dlcak.org
Alaska Bar No. 0511103
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Jill Longenecker, as guardian for Kavan Mangus, a minor child,<br>   Plaintiff,<br><br>vs.<br><br>State of Alaska, Department of Health and Social Services, Karleen Jackson, in her official capacity as Commissioner of the Department, Division of Senior and Disabilities Service and Rod Moline, in his official capacity as Director of the Division,<br>   Defendant | Case No. 3:06-CV-22 (TMB) |

## PROPOSED ORDER

It is hereby ordered that Plaintiff's Motion for Leave to Amend Complaint is granted. Plaintiff's proposed First Amended Complaint is accepted as filed.

Done this ___ day of May 2006

                _____
                Timothy Burgess
                United States District Court Judge