Holly Johanknecht
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, Alaska 99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
Attorney for Plaintiff
Alaska Bar No. 0511103

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Jill Longenecker, as guardian for Kavan Mangus, a minor child,<br>    Plaintiff,<br><br>vs.<br><br>State of Alaska, Department of Health and Social Services, Karleen Jackson, in her official capacity as Commissioner of the Separtment, Division of Senior and Disabilities Service and Rod Moline, in his official capacity as Director of the Division,<br>    Defendant | )<br>)<br>)<br>)<br>) Case No. 3:06-CV-22 (TMB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) NOTICE AND STATUS REPORT |

  Consistent with the Court's order dated May 8, 2006, Plaintiff provides the following Notice and Status Report as ordered by the Court.

  On March 21, 2006 parties filed a Scheduling and Planning Conference Report (Docket # 7). In addition to the information outlined in that Report, on May 15, 2006 Plaintiffs have filed a Motion for Leave to Amend Complaint. (Docket #10 and #11). This motion is still pending as Defendants have not yet responded.

  Dated this 23rd day of May, 2006.

                By:  s/Holly Johanknecht
                    Holly Johanknecht
                    Disability Law Center of Alaska
                    3330 Arctic Boulevard, Suite 103

Anchorage, Alaska 99503
Telephone: (907) 565-1002
Fax: (907) 565-1000
hollyj@dlcak.org
Alaska Bar No. 0511103

Certificate of Service

I hereby certify that on 23rd day of May, 2006, a true and correct copy of this document was served electronically on:

Staci Kraley
Assistant Attorney General
PO Box 110300
Juneau, AK 99811

       /s Holly J. Johanknecht
         Holly J. Johanknecht