DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Stacie L. Kraly
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9406040

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Jill Longenecker, as guardian for<br>Kavan Mangus, a minor child,<br>　　　　　　　Plaintiff,<br><br>vs.<br><br>State of Alaska, Department of Health<br>and Social Services, Karleen Jackson, in<br>her official capacity as Commissioner of<br>the Department, Division of Senior and<br>Disabilities Services, and Rod Moline,<br>in his official capacity as Director<br>of the Division,<br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 3:06-CV-22 (TMB) |

### THE DEFENDANTS' FIRST MOTION TO DISMISS

The defendants the State of Alaska, Department of Health and Social Services,

Karleen Jackson in her official capacity as Commissioner of the Department, Division of Senior

and Disability Services, and Rod Moline, in his official capacity as Director of the Division

(collectively the Department), by and through the State of Alaska, Office of the Attorney

General, move, under Rule 12(b)(6) of the Federal Rules of Civil Procedure, that this First

Amended Complaint be dismissed in its entirety with prejudice because there is no private right

of action under 42 U.S.C. § 1396a(a)(23).  Alternatively, there is no violation of the statute

because the provider at issue is not qualified under the state Medicaid program as required by the

statute; there is no right to a fair hearing because there has been no termination, suspension, or reduction of a covered service under 42 C.F.R. 431.220. Finally, there is no right to recover monetary damages if Count I and II are dismissed, notwithstanding that none of the named defendants is a "person" under 42 U.S.C. § 1983.

    This motion is supported by the accompanying memorandum of law.

    Dated this 31st day of May 2006, at Juneau, Alaska.

        DAVID W. MÁRQUEZ
        ATTORNEY GENERAL

      By:  s/Stacie L. Kraly
        Assistant Attorney General
        Office of the Attorney General
        P.O. Box 110300
        Juneau, Alaska 99811
        (907) 465-3600
        (907) 465-2539
        stacie_kraly@law.state.ak.us
        Alaska Bar No. 9406040

CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2006, a copy of foregoing document including the Memorandum in Support of the Defendants' First Motion to Dismiss and proposed Order and Judgment were served electronically on the following party of record:

Holly Johanknecht, Esq.
Disability Law Center of Alaska, Inc.
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503

_____
s/Stacie L. Kraly