DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Stacie L. Kraly
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9406040

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Jill Longenecker, as guardian for Kavan Mangus, a minor child,<br>　　　　　Plaintiff,<br><br>vs.<br><br>State of Alaska, Department of Health and Social Services, Karleen Jackson, in her official capacity as Commissioner of the Department, Division of Senior and Disabilities Services, and Rod Moline, in his official capacity as Director of the Division,<br>　　　　　Defendants. | <br><br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:06-CV-22 (TMB) |

## **JUDGMENT AND ORDER**

The Court having considered defendants' motion to dismiss under Federal Rule of Civil Procedure 12(b)(6), as well as plaintiff's opposition, if any, IT IS ORDERED AND ADJUDGED that

　　1.  there is no private right of action pursuant to 42 U.S.C. § 1396a(a)(23), or in the alternative there has been no violation of 42 U.S.C. § 1396a(a)(23) because the provider at issue is not qualified as required by the statute;

      2.  there is no right to a fair hearing because there has been no reduction, suspension or termination of a covered services as required under 42 C.F.R. 431.220; and

      3.  there has been no violation of a federal right or statute under Count I and Count II of the First Amended Complaint and because none of the named defendants is a "person" under 42 U.S.C. § 1983, the plaintiff is not entitled to any monetary damages.

      ACCORDINGLY, the First Amended Complaint is dismissed with prejudice.

DATED:_____

 

THE HONORABLE Timothy Burgess
United States District Judge