DAVID W. MÁRQUEZ
ATTORNEY GENERAL

Stacie L. Kraly
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
Attorney for State of Alaska
Alaska Bar No. 9406040

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Jill Longenecker, as guardian for Kavan Mangus, a minor child,<br>                Plaintiff,<br>vs.<br>State of Alaska, Department of Health and Social Services, Karleen Jackson, in her official capacity as Commissioner of the Department, Division of Senior and Disabilities Services, and Rod Moline, in his official capacity as Director of the Division,<br>                Defendants. | Case No. 3:06-CV-22 (TMB) |

## LIMITED NONOPPOSITION TO PLAINTIFF'S FIRST MOTION TO AMEND

      The defendants the State of Alaska, Department of Health and Social Services, Karleen Jackson in her official capacity as Commissioner of the Department, Division of Senior and Disability Services, and Rod Moline, in his official capacity as Director of the Division, by and through the State of Alaska, Office of the Attorney General, submit this limited non-opposition to the motion to amend.  As stated in its memorandum in support of the Defendants'

First Motion to Dismiss [Docket 14], the defendants take no position on the motion to amend and recognize the liberal amendment process under the federal rules of civil procedure.

Dated this 8th day of May 2006, at Juneau, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:   s/Stacie L. Kraly
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
(907) 465-2539
stacie_kraly@law.state.ak.us
Alaska Bar No. 9406040

CERTIFICATE OF SERVICE

I hereby certify that on June 8 , 2006, a copy of foregoing document was served electronically on the following party of record:

Holly Johanknecht, Esq.
Disability Law Center of Alaska, Inc.
3330 Arctic Blvd., Suite 103
Anchorage, AK 99503

_____
s/Stacie L. Kraly