Holly Johanknecht
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, Alaska 99503
(907) 565-1002
Attorney for Plaintiff
Alaska Bar No. 0511103

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Jill Longenecker, as guardian for Kavan Mangus, a minor child,<br>   Plaintiff,<br><br>vs.<br><br>State of Alaska, Department of Health and Social Services, Karleen Jackson, in her official capacity as Commissioner of the Department, Division of Senior and Disabilities Service and Rod Moline, in his official capacity as Director of the Division,<br>   Defendant | )<br>)<br>)<br>) Case No. 3:06-CV-22 (TMB)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Notice of Motion and Motion and**<br>) **Stipulation for an Extension of Deadlines** |

  COMES NOW, Longenecker, by and through counsel, and files a Notice of Motion and Motion and Stipulation for an Extension of Deadlines in the above-captioned matter.

  Plaintiff's response to Defendant's First Motion to Dismiss is due June 16, 2006. Plaintiff requests an extension of the deadline, making their response due July 14, 2006. In addition, Plaintiff requests that the deadline for the completion of discovery also be extended to August 16, 2006. Plaintiff's counsel has conferred with counsel for the Defendant and the Defendant stipulates to an extension of the deadline to July 14, 2006, with reply by Defendant due 1, 2006 and to the completion of discovery extension to August 16, 2006.

Motion for an Extension of Deadlines                  Page 1of 2
Longenecker v. State                       Case No. Case No. 3:06-CV-22 (TMB)

THEREFORE, Plaintiff respectfully requests that the Court grant their Motion for an Extension of Deadlines.

Dated in Anchorage, Alaska, this 8th day of June, 2006

/s Holly J. Johanknecht
Holly J. Johanknecht
Disability Law Center of Alaska
3330 Arctic Boulevard, Suite 103
Anchorage, Alaska 99503
Telephone: 907-565-1002
Fax: 907-565-1000
Email: hollyj@dlcak.org
Alaska Bar No. 0511103


DAVID W. MÁRQUEZ
ATTORNEY GENERAL


By: s/Stacie L. Kraly
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
(907) 465-2539
stacie_kraly@law.state.ak.us
Alaska Bar No. 9406040