Holly Johanknecht
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, Alaska 99503
(907) 565-1002
Attorney for Plaintiff
Alaska Bar No. 0511103

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Jill Longenecker, as guardian for Kavan Mangus, a minor child,<br>　　　　　Plaintiff,<br><br>vs.<br><br>State of Alaska, Department of Health and Social Services, Karleen Jackson, in her official capacity as Commissioner of the Department, Division of Senior and Disabilities Service and Rod Moline, in his official capacity as Director of the Division,<br>　　　　　Defendant | Case No. 3:06-CV-22 (TMB)<br><br>**PROPOSED ORDER** |

　　　　NOW THEREFORE IT IS ORDERED that Plaintiff's Motion for an Extension of

Deadlines is granted. Plaintiff's deadline to respond to Defendant's First Motion to

Dismiss is due July 14, 2006, the reply brief is due August 2, 2006, and discovery must

be completed no later than August 16, 2006.

　　　　Dated in Anchorage, Alaska, this _____ day of June, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Timothy M. Burgess
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge