Holly Johanknecht
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, Alaska 99503
(907) 565-1002
Attorney for Plaintiff
Alaska Bar No. 0511103

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Jill Longenecker, as guardian for Kavan Mangus, a minor child,<br>　　　　Plaintiff,<br><br>vs.<br><br>State of Alaska, Department of Health and Social Services, Karleen Jackson, in her official capacity as Commissioner of the Department, Division of Senior and Disabilities Service and Rod Moline, in his official capacity as Director of the Division,<br>　　　　Defendant | Case No. 3:06-CV-22 (TMB)<br><br><br><br><br><br><br><br>**Second Motion and Stipulation for an Extension of Deadlines** |

COMES NOW, Plaintiff and Defendants, by and through counsel, and files a Second Motion and Stipulation for an Extension of Deadlines in the above-captioned matter.

A Motion for an Extension of Deadlines was filed jointly on June 8, 2006, however the court has yet to rule on the motion. Parties request a second extension of the deadline, making plaintiff's response due August 1, 2006. In addition, Plaintiff requests that the deadline for the completion of discovery also be extended to August 30, 2006. Plaintiff's counsel has conferred with counsel for the Defendant and the Defendant stipulates to an extension of the deadline to August 1, 2006, with reply by Defendant due August 16, 2006 and to the completion of discovery extension to August 30, 2006.

THEREFORE, the parties respectfully request that the Court grant their Motion for a Second Extension of Deadlines.

Dated in Anchorage, Alaska, this 30th day of June, 2006

        /s Holly J. Johanknecht
Holly J. Johanknecht
Disability Law Center of Alaska
3330 Arctic Boulevard, Suite 103
Anchorage, Alaska 99503
Telephone: 907-565-1002
Fax: 907-565-1000
Email: hollyj@dlcak.org
Alaska Bar No. 0511103


By:    s/Stacie L. Kraly
Stacie L. Kraly
Assistant Attorney General
Office of the Attorney General
P.O. Box 110300
Juneau, Alaska 99811
(907) 465-3600
(907) 465-2539
stacie_kraly@law.state.ak.us
Alaska Bar No. 9406040