Holly Johanknecht
Disability Law Center of Alaska
3330 Arctic Blvd., Suite 103
Anchorage, Alaska 99503
(907) 565-1002
Attorney for Plaintiff
Alaska Bar No. 0511103

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Jill Longenecker, as guardian for Kavan Mangus, a minor child,<br>        Plaintiff,<br><br>vs.<br><br>State of Alaska, Department of Health and Social Services, Karleen Jackson, in her official capacity as Commissioner of the Department, Division of Senior and Disabilities Service and Rod Moline, in his official capacity as Director of the Division,<br>        Defendant | Case No. 3:06-CV-22 (TMB)<br><br>**PROPOSED ORDER** |

NOW THEREFORE IT IS ORDERED that the stipulation for an Extension of Deadlines is granted. Plaintiff's deadline to respond to Defendant's First Motion to Dismiss is due August 1, 2006, the reply brief is due August 16, 2006, and discovery must be completed no later than August 30, 2006.

Dated in Anchorage, Alaska, this _____ day of _____, 2006.

                                                                _____
                                                                Timothy M. Burgess
                                                                U.S. District Court Judge