Sonja D. Kerr, Esq. (Bar No. 0409051)
1114 Covington Court
Anchorage, AK 99503
(907)-222-9994
nalaof608@yahoo.com

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

| | |
|---|---|
| Jill Longenecker, et al ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| Vs. ) | Case No. 3:06-cv-00022 (TMB) |
| ) | |
| ) | |
| State of Alaska, Department of ) | |
| Health and Social Services ) | |
| ) | |
| ) | |
| Defendant ) | |
| _____) | |

**NOTICE OF CHANGE OF ADDRESS**

Comes now, Sonja D. Kerr, and hereby gives notice that she is no longer affiliated with the Disability Law Center of Alaska and that her address is as indicated below.

Dated this 22nd day of September, 2006.     ____s/Sonja D. Kerr_____
                                                  SONJA D. KERR (AK BAR NO. 0409051)
                                                  1114 Covington Court
                                                  Anchorage, Alaska 99503
                                                  Telephone: (907)-222-9994
                                                  Email: nalaof608@yahoo.com

Certificate of Service

I hereby certify that on the 22nd
day of September 2006, a true and
correct copy of this document was
served electronically on:

Brad Owens
Jermain Dunnagan & Owens, PC
3000 A Street, Suite 300
Anchorage, AK 99503

    s/Sonja D. Kerr

Sonja D. Kerr