Holly Johanknecht, AK Bar #0511103
DISABILITY LAW CENTER OF ALASKA
3330 Arctic Blvd., Suite 103
Anchorage, AK  99503
hollyj@dlcak.org
Telephone: (907) 565-1002
Fax: (907) 565-1000
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| Jill Longenecker, as guardian for ) <br> Kavan Mangus, ) <br>         Plaintiffs ) <br> ) <br> vs. ) <br> ) <br> State of Alaska, Department of Health ) <br> and Social Services, ) <br>         Defendant. ) <br> _____) | Case No. 3:06-cv-22 TMB |

**NOTICE OF CHANGE OF COUNSEL**

      Pursuant to Local Rule 11.1, Plaintiff hereby provides notice that Sonja D. Kerr, who is no longer associated with the Disability Law Center, will no longer be counsel in this matter.  Holly Johanknecht, with the Disability Law Center, will be substituted in Ms. Kerr's place and has previously entered appearances on behalf of all Plaintiffs.  Therefore, Plaintiffs requests that the following be allowed to withdraw as counsel:

      Sonja D. Kerr
      DISABILITY LAW CENTER OF ALASKA
      3330 Arctic Blvd., Ste. 103
      Anchorage, AK  99503
      Telephone: (907) 565-1002
      Fax: (907) 565-1000
      skerr@dlcak.org

Plaintiffs assert that this substitution of Counsel will work no hardship or prejudice upon Defendants, as Ms. Johanknecht is familiar with the case and its proceedings.

Dated: October 5, 2006                     Respectfully submitted,

                                                s/ Holly Johanknecht_____
                                                Holly Johanknecht Alaska Bar No. 0511103
                                                DISABILITY LAW CENTER OF ALASKA
                                                3330 Arctic Blvd., Ste. 103
                                                Anchorage, AK   99503
                                                Telephone: (907) 565-1002
                                                Fax: (907) 565-1000
                                                Email: hollyj@dlcak.org

Certificate of Service

I hereby certify that on the 5th day of September, 2006, a copy of this document was served electronically on:

Stacie Kraly
Attorney General's Office
Box 110300
Juneau, Alaska 99811

Sonja D. Kerr, Esq.
1114 Covington Ct.
Anchorage, AK 99503

/s Holly Johanknecht_____
Holly Johanknecht