MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

LONGENECKER ET AL _____ vs. _ STATE OF ALASKA ET AL _____

BEFORE THE HONORABLE _TIMOTHY M. BURGESS_____
CASE NO._3:06-cv-00022-TMB_____

DEPUTY CLERK/RECORDER:        APRIL KARPER

APPEARANCES:   PLAINTIFF:     HOLLY JOHANKNECHT AND MEG ALLISON

               DEFENDANT:     STACIE KRALY

PROCEEDINGS: ORAL ARGUMENT ON FIRST MOTION TO DISMISS (DKT 13)
             HELD JANUARY 24, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 1:59 p.m. court convened.

Oral arguments heard.

Court heard. Matter taken **UNDER ADVISEMENT,** written ruling to
issue.

At 2:20 p.m. court adjourned.

DATE:_____January 23, 2007_____ DEPUTY CLERK'S INITIALS:_____ak__