IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JILL LONGENECKER, et al.<br><br>                 Plaintiff,<br>   vs.<br><br>STATE OF ALASKA,<br><br>                Defendant. | Case No. 3:06-cv-00022- TMB<br><br>**JUDGMENT<br>IN A CIVIL CASE** |

   \_\_\_   **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

   _X_   **DECISION BY COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this matter is DISMISSED WITH PREJUDICE.

APPROVED:

  s/ Timothy M. Burgess
    **TIMOTHY M. BURGESS**
    United States District Judge

| | |
|---|---|
| March 15, 2007 | IDA J. ROMACK |
| Date | Clerk |